Walter Lee WHITAKER,
Plaintiff–Appellant,

v.

NASH–ROCKY MOUNT BOARD OF
EDUCATION, d/b/a Nash–Rocky
Mount Public Schools; Robbin Bod-
die–Haggins, Defendants–Appellees.

No. 13–2352.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 25, 2014.

Decided: March 27, 2014.

Walter Lee Whitaker, Appellant Pro Se.
Dan M. Hartzog, Jr., Donna Rhea Rascoe,
Cranfill, Sumner & Hartzog, LLP, Ra-
leigh, North Carolina, for Appellees.

Before GREGORY, KEENAN, and
WYNN, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Walter Lee Whitaker appeals the district court's order granting summary judgment to defendants on his claim of retaliation. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Whitaker v. Nash–Rocky Mount Bd. of Educ.*, No. 5:12–cv–00623–BO, 2013 WL 5592881 (E.D.N.C. Oct. 10, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*